ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- ) | |
| ) | |
| John C. Grimberg Co., Inc. ) | ASBCA Nos. 60786, 60787 |
| ) | |
| Under Contract No. W912DR-11-C-0018 ) | |

APPEARANCES FOR THE APPELLANT:      Arnie B. Mason, Esq.
                                     Melisa A. Roy, Esq.
                                       Williams Mullen PC
                                       Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT:      Michael P. Goodman, Esq.
                                       Engineer Chief Trial Attorney
                                     William Selinsky, Esq.
                                     David B. Jerger, Esq.
                                     Elizabeth Hoefer, Esq.
                                       Engineer Trial Attorneys
                                       U.S. Army Engineer District, Baltimore

ORDER OF DISMISSAL

The appeals have been settled. Accordingly, they are dismissed with prejudice.

Dated: September 11, 2018

MICHAEL T. PAUL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60786, 60787, Appeals of John C. Grimberg Co., Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals